957 A.2d 227

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kevin SILAS, Petitioner.**

**No. 98 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 22, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 22nd day of September, 2008, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

957 A.2d 227

**Demetrius DOZIER, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA and Janet Fasy, Court Administrator, Respondents.**

**No. 92 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 22, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 22nd day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**